UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHARISMA McNEIL,

                Plaintiff,

- against -

LVMH INC., FRESH, INC.,
AARON OWEN, HANNAH LEE,

                Defendants.

1:18-cv-11751-PAE

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that I, B. Aubrey Smith, hereby respectfully enter my appearance for Defendants LVMH Moët Hennessy Louis Vuitton Inc.,[1] Fresh, Inc., Aaron Owen, and Hannah Lee in the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

      I certify that I am admitted to practice in this Court.

Dated: New York, New York
       January 18, 2019

                                        Respectfully submitted,

                                        s/ B. Aubrey Smith

                                        B. Aubrey Smith
                                        WINSTON & STRAWN LLP
                                        200 Park Avenue
                                        New York, New York 10166
                                        (212) 294-6700
                                        BASmith@winston.com

---

[1] Plaintiffs incorrectly referred to LVMH Moët Hennessy Louis Vuitton Inc. as "LVMH, Inc." (*See* Dkt. 8, Am. Compl. ¶ 6.)