UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHARISMA McNEIL,

                Plaintiff,

      - against -

LVMH INC., FRESH, INC.,
AARON OWEN, HANNAH LEE,

                Defendants.

1:18-cv-11751-PAE

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Fresh, Inc. states that LVMH Perfumes and Cosmetics Inc. is its parent corporation.  No publicly held corporation owns 10% or more of its stock.  Defendant LVMH Moët Hennessy Louis Vuitton Inc. states that Sofidiv S.A.S. is its parent corporation.  No publicly held corporation owns 10% or more of its stock.  Sofidiv S.A.S. is a wholly owned subsidiary of LVMH Moët Hennessy Louis Vuitton SE.

Dated: New York, New York
January 18, 2019

Respectfully submitted,

s/ B. Aubrey Smith

B. Aubrey Smith
Johanna Rae Hudgens
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
BASmith@winston.com
JHudgens@winston.com

Cardelle B. Spangler (*pro hac vice*
   forthcoming)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
CSpangler@winston.com

Attorneys for Defendants