

**WINSTON & STRAWN LLP**

North America Europe Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

B. AUBREY SMITH
Associate
(212) 294-4758
BASmith@winston.com

November 14, 2019

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square. Room 2201
New York, New York 10007

Re: *McNeil v. LVMH, Inc. et al.*, 1:18-cv-11751 (PAE)

Dear Judge Engelmayer:

On May 21, 2019 the Court granted Defendants' motion to compel arbitration and stayed the above-referenced action pending the outcome of arbitration. The Court further ordered that the parties submit a joint status letter to the Court every 90 days regarding the status of the arbitration proceedings. This correspondence is being submitted in compliance with the Court's order to provide a status of the arbitration proceedings.

The parties last submitted a status update to the Court on August 16, 2019. Since that date, the parties state that the following has occurred:

On September 3, 2019 the Arbitrator denied Plaintiff's motion for breach of contract. On that same date, the Arbitrator took Defendants' petition for fees "under consideration" and held that he would reserve ruling on the petition "pending the hearing on the merits of Plaintiff's claims and consideration of any other requests for an award of attorneys' fees and costs by any party." On September 19, 2019 the parties participated in a pre-hearing conference with the Arbitrator. The Arbitrator entered a scheduling order for the arbitration proceedings on September 20, 2019. On October 11, 2019 the parties exchanged document requests in accordance with the scheduling order. Shortly thereafter, on October 21, 2019, the parties agreed to participate in a JAMS-facilitated mediation of the above-referenced dispute and moved to stay the arbitration proceedings pending completion of the mediation. On October 29, 2019 the Arbitrator granted the parties' motion to stay the arbitration proceedings until fourteen (14) days after the parties complete a JAMS-facilitated mediation. The parties are currently in the process of selecting a mediator, and anticipate mediating the dispute in January 2020. The parties further state that they will continue to provide status updates to the Court as needed.

Respectfully submitted,



November 14, 2019
Page 2

/s/ B. Aubrey Smith

B. Aubrey Smith
Johanna Rae Hudgens
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
BASmith@winston.com
JHudgens@winston.com

/s/ Gregory G. Smith

Gregory G. Smith
Gregory Smith & Associates
81 Prospect Street, 7th Floor
Brooklyn, New York 11201

Attorneys for Plaintiff

Cardelle B. Spangler (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
CSpangler@winston.com

Attorneys for Defendants

The Court appreciates this update.

11/14/19

SO ORDERED.     Paul A. Engelmayer
—————————————————
PAUL A. ENGELMAYER
United States District Judge